**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-4578**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

KIMAUNIE DOLANEA WYNTER, a/k/a Kevin L.
Moriah, a/k/a Mike, a/k/a Bill, a/k/a Jamaican
Bill,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  James H. Michael, Jr.,
Senior District Judge.  (CR-97-1)

---

Submitted:  April 24, 2001          Decided:  May 23, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Margaret McLeod Cain, Charlottesville, Virginia, for Appellant.
Robert P. Crouch, Jr., United States Attorney, Jean B. Hudson,
Assistant United States Attorney, Charlottesville, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kimaunie Dolanea Wynter appeals the district court's order denying his motion under Fed. R. Civ. P. 36. We have reviewed the record and the district court's opinion and find no reversible error. "Rule 36 authorizes a court to correct only clerical errors in the transcription of judgments." United States v. Werber, 51 F.3d 342, 343 (2d Cir. 1995). Because the district court correctly determined that there was no such clerical error in the transcription of the judgment in this case, the court properly denied Wynter's motion. Finding no error, we affirm the ruling of the district court. See id. at 347. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

We express no opinion as to whether or not the sentence complained of might be corrected in a 28 U.S.C. § 2255 or habeas corpus proceeding.

AFFIRMED